# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:07cr49

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CONNIE JEAN MORTON. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On November 7, 2007, a Judgment of Conviction was entered in this matter requiring the payment of court-appointed counsel fees. [Doc. 15]. The Defendant was represented by the Federal Defenders of Western North Carolina. There has never been filed in the record a Disclosure of Time and Expenses and/or an affidavit thereof categorized as found in Form CJA-20. As a result, the Court will require such filing.

**IT IS, THEREFORE, ORDERED** that on or before ten (10) days from entry of this Order, the Federal Defenders of Western North Carolina shall file in the record of this case a Disclosure of Time and Expenses and/or an affidavit thereof categorized as found in Form CJA-20.

Signed: June 24, 2010

Martin Reidinger
United States District Judge